1  BENJAMIN B. WAGNER
   United States Attorney
2  CATHERINE J. SWANN
   Assistant United States Attorney
3  501 I Street, 10th Floor
   Sacramento, California 95814
4  Telephone:  (916) 554-2762
   Facsimile:   (916) 554-2900
5

6  Attorneys for the United States of America

7

8

9             UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA AND STATE      | Case No.  2:08 - CV - 1272 MCE DAD
   | OF CALIFORNIA *ex rel*. HECTOR LUQUE    |
12 | AND ALEJANDRO GONZALEZ,                 | ORDER ON THE UNITED STATES' NOTICE
   |                                         | OF INTERVENTION FOR SETTLEMENT
13 |            Plaintiffs,                  |
                                             |
14 |     v.                                  | FILED UNDER SEAL
                                             |
15 | ADVENTIST HEALTH, WHITE MEMORIAL        |
   | MEDICAL CENTER, AND GLENDALE            |
16 | ADVENTIST MEDICAL CENTER,               |

17            Defendants.

18

19     The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. §

20 3730(b)(4), the Court rules as follows:

21     IT IS ORDERED that Relators' Complaint, the United States' and California's respective

22 Notices of Intervention, and this Order, be unsealed;

23     IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this

24 action remain under seal and not be made public, or served upon the defendants;

25 ///

26 ///

27 ///

28
                                            1

IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action after the date of this Order.

IT IS SO ORDERED.

DATE: May 3, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT