BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone:  (916) 554-2762
Facsimile:   (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA *ex rel*. HECTOR LUQUE AND ALEJANDRO GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH, WHITE MEMORIAL MEDICAL CENTER, AND GLENDALE ADVENTIST MEDICAL CENTER,<br><br>Defendants. | Case No.  2:08 - CV - 1272 MCE DAD<br><br>ORDER ON THE UNITED STATES' NOTICE OF INTERVENTION FOR SETTLEMENT<br><br>FILED UNDER SEAL |

The United States having intervened in this action, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4), the Court rules as follows:

IT IS ORDERED that Relators' Complaint, the United States' and California's respective Notices of Intervention, and this Order, be unsealed;

IT IS FURTHER ORDERED that all other previously-filed contents of the Court's file in this action remain under seal and not be made public, or served upon the defendants;

///

///

///

1

1    IT IS FURTHER ORDERED that the seal shall be lifted on all matters occurring in this action

2 after the date of this Order.

3

4    IT IS SO ORDERED.

DATE:  May 3, 2013

5

6

7

8    _____
     MORRISON C. ENGLAND, JR., CHIEF JUDGE
9    UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                                    2