BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Facsimile: (916) 554-2900

Attorneys for the United States of America

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA AND STATE OF CALIFORNIA *ex rel.* HECTOR LUQUE AND ALEJANDRO GONZALEZ,<br><br>Plaintiffs,<br><br>v.<br><br>ADVENTIST HEALTH, WHITE MEMORIAL MEDICAL CENTER, AND GLENDALE ADVENTIST MEDICAL CENTER,<br><br>Defendants. | Case No.  2:08 - CV - 1272 MCE DAD<br><br>ORDER ON JOINT STIPULATION OF DISMISSAL BY THE UNITED STATES AND RELATORS |

Upon consideration of the Stipulation of Dismissal of the *qui tam* Complaint, filed by the United States, California and Relators, it is hereby ORDERED that the *qui tam* Complaint is dismissed. Pursuant to and consistent with the terms of the Settlement Agreement between the parties, effective May 2, 2013, (hereinafter "Settlement Agreement"), the dismissal shall be with prejudice as to California and Relators; with prejudice to the United States to the extent of the Covered Conduct, as that term is defined in the Settlement Agreement, and otherwise without prejudice to the United States.  The matter having been resolved in its entirety, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: July 1, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT